**JASON G. REVZIN**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANNY W. KASTER,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC and WESCOM CREDIT UNION,<br><br>Defendants. | Case No. 2:18-cv-01962-JAD-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**<br><br>ECF No. 20 |

Plaintiff Danny Kaster, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Danny Kaster and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

///
///
///
///
///
///
///
///

4838-0070-2867.1 3646328.1

Dated this 8th day of April 2019.

| | |
|---|---|
| /s/ *Jason G. Revzin* | /s/ *David H. Krieger* |
| Jason G. Revzin, Esq. | David H. Krieger |
| Nevada Bar No. 8629 | Nevada Bar No. 9086 |
| 6385 S. Rainbow Blvd., Suite 600 | 8985 S. Eastern Avenue, Suite 350 |
| Las Vegas, NV 891118 | Henderson NV 89123 |
| Telephone: (702) 893-3383 | Telephone: (702) 880-5554 |
| Fax: (702) 893-3789 | Fax: (702) 383-5518 |
| Email: jason.revzin@lewisbrisbois.com | Email: dkrieger@hainesandkrieger.com |
| **Counsel for Trans Union LLC** | **Counsel for Plaintiff** |

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, and because the dismissal of the claims against Trans Union, LLC leaves no claims remaining in this case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2019